# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Elizabeth Rodriguez
Plaintiff,

v.  Case No.: 1:23−cv−00283−WES−LDA

Kilolo Kijakazi, et al.
Defendant.

## **JUDGMENT**

    This action came to be heard before the Court and, after due consideration of the parties' arguments and review of the administrative record, a decision has been rendered. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:

    The decision of the Commissioner is reversed and this matter is remanded in accordance with sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the ruling issued this day.

March 11, 2024                                   By the Court:

                                                                           /s/ Hanorah Tyer−Witek, Clerk of Court